No. 8814. STATE OF MONTANA ex rel. F. W. WOOL-
WORTH CO., a corporation, RELATOR, v. THE DISTRICT
COURT OF THE ELEVENTH JUDICIAL DISTRICT OF
THE STATE OF MONTANA, in and for the COUNTY OF
FLATHEAD, and THE HONORABLE DEAN KING, Judge
thereof, RESPONDENTS.

Decided March 1, 1948.
Application for writ of certiorari denied.

HUGH ADAIR,
  *Chief Justice,*
I. W. CHOATE,
ALBERT H. ANGSTMAN,
FRED L. GIBSON,
LEE METCALF,
  *Associate Justices.*

*Messrs. Walchli, Korn & Warden,* Kalispell, and *Messrs. Too-
mey, McFarland & Wagner,* Helena, for Relator.